# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR256 |
| vs. | ) | |
| | ) | ORDER |
| JOSE FELIX-GURROLA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [40].  The record shows that this deadline expired on November 4, 2014.  The court finds that the defendant has not shown a valid reason for extending the deadline.

**IT IS ORDERED:**

Defendant's MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [40] is denied.

Pursuant to NECrimR 57.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than 12:00 noon on Wednesday, November 12, 2014.

DATED this 5th day of November, 2014.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge