# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:14CR256 |
| **Plaintiff,** | ) | |
| vs. | ) | ORDER |
| **JOSE ANGEL FELIX-GURROLA,** | ) | |
| **Defendant.** | ) | |

Before the Court are the Findings and Recommendation and Order ("Report") of Magistrate Judge F. A. Gossett (Filing No. 46). The Report recommends that the Defendant's Motion to Suppress (Filing No. 27) be denied in all respects. No objections to the Report have been filed. After a review of the record in this matter,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation and Order (Filing 46) are adopted; and

2. The Defendant's Motion to Suppress (Filing No. 27) is denied.

DATED this 26th day of January, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge